IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SYMBOLOGY INNOVATIONS, LLC, ) <br> ) <br> *Plaintiff*, ) <br> )    C.A. No. 1:19-cv-04474 <br> v. ) <br> ) <br> NATURAL NECTAR, INC., )    DEMAND FOR JURY TRIAL <br> ) <br> *Defendant*. ) <br> ) <br> ) | |

## PLAINTIFF SYMBOLOGY INNOVATIONS, LLC'S REQUEST FOR A CLERK'S CERTIFICATE OF DEFAULT

Pursuant to Federal Rule of Civil Procedure 55(a) and Local Civil Rule 55.1, Plaintiff Symbology Innovations LLC ("Symbology" or "Plaintiff") respectfully requests that the Clerk of the Court enter the default of Defendant Natural Nectar, Inc. ("Natural Nectar" or "Defendant"). In support of this request, Symbology Innovations, LLC shows the following:

1. The clerk issued a summons to Natural Nectar on August 6, 2019 (Dkt. 5). On September 4, 2019 Natural Nectar was served on the corresponding registered agent, and the proof of service was filed with the court shortly thereafter on September 12, 2019 (Dkt. 5). *See* Dkt. 7, p. 2, Affidavit of Proof of Service.

2. Pursuant to Federal Rules of Civil Procedure 4(d) and 12 and the court's docket notice in Dkt. 7, Natural Nectar was required to answer or otherwise respond by September 26, 2019.

3. To date, Natural Nectar has not filed an Answer to Symbology's Complaint, and

no attorney has made an appearance on behalf of Natural Nectar. No attorney has otherwise contacted Symbology or its attorneys to discuss an extension to respond to the Complaint.

Therefore, Symbology requests that the Clerk of the Court enter the default of Natural Nectar for failure to file an Answer. An affirmation in support of Plaintiff's request for a certificate of default and a proposed Clerk's Certificate of Default Form are included herewith pursuant to Local Civil Rule 55.1.

Dated: October 17, 2019                      Respectfully submitted,

                                               /s/Stamatios Stamoulis

                                               Stamatios Stamoulis (#4606)
                                               Stamoulis & Weinblatt LLC
                                               800 N. West Street, Third Floor
                                               Wilmington, DE 19801
                                               (302) 999-1540
                                               stamoulis@swdelaw.com

                                               Kirk. J. Anderson (SBN 289043)
                                               (*Pro hac vice forthcoming*)
                                               kanderson@budolaw.com
                                               BUDO LAW, P.C.
                                               5610 Ward Rd., Suite #300
                                               Arvada, CO 80002
                                               (720) 225-9440 (Phone)
                                               (720) 225-9331 (Fax)

                                               *Attorneys for Plaintiff Symbology Innovations, LLC.*