## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SYMBOLOGY INNOVATIONS, LLC, | |
| Plaintiff, | Civil Action No. 1:19-cv-04474-LDH-RER |
| v. | |
| NATURAL NECTAR, INC., | TRIAL BY JURY DEMANDED |
| Defendant. | |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Now comes Plaintiff, Symbology Innovations, LLC, by and through its counsel, pursuant to Fed. R. Civ. P. 41 (a)(1), and hereby voluntarily dismisses all of the claims asserted against Defendant Natural Nectar, Inc. in the within action WITHOUT PREJUDICE.  Natural Nectar, Inc. has not served an answer or a motion for summary judgment.

Dated: September 1, 2020

Respectfully submitted,

SAND, SEBOLT & WERNOW CO., LPA

*/s/ Howard L. Wernow*
Howard L. Wernow (*Pro Hac Vice*)
Aegis Tower – Suite 1100
4940 Munson Street NW
Canton, Ohio 44718
(330) 244-1174
howard.wernow@sswip.com

Stamatios Stamoulis (#4606)
STAMOULIS & WEINBLATT LLC
800 N. West Street, Third Floor
Wilmington, DE 19801
(302) 999-1540
stamoulis@swdelaw.com

ATTORNEYS FOR PLAINTIFF